```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 05856
    CHRISTOPHER M OMARTIN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-9728


---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 02/17/2004 and was confirmed 04/26/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 04/08/2008.
---------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
---------------------------------------------------------------------
CONSUMER PORTFOLIO SERV   SECURED         10200.00       5391.80     10200.00
CONSUMER PORTFOLIO SERV   UNSECURED        9105.94          .00        910.59
DELL FINANCIAL            SECURED            800.00         86.10       800.00
DELL FINANCIAL            UNSECURED          151.58          .00         15.16
MATCO TOOLS               SECURED            500.00         54.37       500.00
MATCO TOOLS               UNSECURED          347.31          .00         34.73
SCHOTTLER & ZUKOSKY       PRIORITY        NOT FILED          .00           .00
GC SERVICES DATA CONTROL  NOTICE ONLY     NOT FILED          .00           .00
GENESIS CLINICAL LAB      UNSECURED       NOT FILED          .00           .00
GENERAL MOTORS ACCEPTANC  UNSECURED        10769.93          .00       1076.99
MACNEAL EMERGENCY PHYSIC  UNSECURED       NOT FILED          .00           .00
MACNEAL EMERGENCY PHYSIC  UNSECURED       NOT FILED          .00           .00
TRI COUNTY ACCOUNTS       NOTICE ONLY     NOT FILED          .00           .00
*SCHOTTLER & ZUKOSKY      DEBTOR ATTY      2,000.00                    2,000.00
TOM VAUGHN                TRUSTEE                                      1,268.02
DEBTOR REFUND             REFUND                                         256.02

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE               22,593.78

PRIORITY                                          .00
SECURED                                     11,500.00
    INTEREST                                 5,532.27
UNSECURED                                    2,037.47
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                         1,268.02
DEBTOR REFUND                                  256.02
                      -------------        -------------
TOTALS                 22,593.78            22,593.78

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 05856 CHRISTOPHER M OMARTIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 05856 CHRISTOPHER M OMARTIN